**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| SUSAN GAIL SLATER | CIVIL ACTION NO. 11-cv-0911 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| MICHAEL J. ASTRUE | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 19th day of June, 2012.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE